# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>L. T. LUNDY, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:03-CV-5980-AWI-LJO-P<br><br>ORDER FINDING SERVICE OF THIRD AMENDED COMPLAINT APPROPRIATE, AND DIRECTING CLERK'S OFFICE TO FORWARD PLAINTIFF SUMMONSES AND USM-285 FORMS TO FILL OUT AND RETURN<br><br>(Doc. 23) |

Plaintiff Edward Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 21, 2003. The court has screened plaintiff's third amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state a cognizable claim for relief under 42 U.S.C. § 1983 against defendants Lundy, Manning, and Cadena for using excessive physical force, in violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

                LT. LUNDY

                C/O MANNING

                C/O CADENA

    2.    The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed April 15, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed third amended complaint filed April 15, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **August 10, 2005**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE