# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES, | CASE NO. 1:03-CV-05980 AWI LJO P |
| Plaintiff, | ORDER PROVIDING DEFENDANTS WITH THE OPPORTUNITY TO SHOW GOOD CAUSE FOR FAILING TO WAIVE SERVICE |
| v. | |
| L. T. LUNDY, et al., | (Docs. 28-30) |
| Defendants. | |

On September 26, 2005, the Court ordered the United States Marshal to serve process upon defendants in this case. The Marshal was directed to attempt to secure a waiver of service before attempting personal service on defendants. If a waiver of service was not returned by a defendant within sixty days, the Marshal was directed to effect personal service on the defendant in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of service with evidence of any attempt to secure a waiver of service and with evidence of all costs subsequently incurred in effecting personal service.

On May 22, 2006, the United States Marshal filed returns of service with USM-285 forms showing charges of $201.75 each for effecting personal service on defendants Cadena, Lundy, and Manning. The forms show that a waiver of service form was mailed to each defendant on October 11, 2005, and that no response was received. Defendants Cadena, Lundy, and Manning did not make an appearance in the case before personal service was executed.

///

Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> An individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons . . . .
>
> If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown.

Fed. R. Civ. P. 4(d)(2).

It appears that defendants were given the opportunity required by Rule 4(d)(2) to waive service, but failed to comply with the request. The Court shall provide defendants with the opportunity to show good cause for failing to waive service. If defendants either fail to respond to this order or respond but fail to show good cause, the costs incurred in effecting service shall be imposed on defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Cadena, Lundy, and Manning may, within **thirty (30) days** from the date of this order, show good cause for failing to waive service; and
2. If defendants either fail to respond to this order or respond but fail to show good cause, the Court shall impose upon defendants the costs incurred in effecting service.

IT IS SO ORDERED.

Dated:   **June 5, 2006**            /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE