# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>L. T. LUNDY, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:03-CV-05980 AWI LJO P<br><br>ORDER STRIKING REPLY TO ANSWER<br><br>(Doc. 35) |

Plaintiff Edward Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 26, 2006, defendants Cadena, Lundy, and Manning filed an answer to plaintiff's complaint. On July 17, 2006, plaintiff filed a reply to the answer.

Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the court requiring one. Fed. R. Civ. P. 7(a). In this case, the court did not order a reply to the answer.

Accordingly, plaintiff's reply to defendant's answer, filed July 17, 2006, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    July 20, 2006**                             **/s/ Lawrence J. O'Neill**
b9ed48                                                          UNITED STATES MAGISTRATE JUDGE

1