# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>L. T. LUNDY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-05980 AWI LJO P<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN AMENDED RESPONSE TO THE ORDER TO SHOW CAUSE<br><br>(Doc. 34) |

By order filed June 7, 2006, defendants Cadena, Lundy, and Manning ("defendants") were ordered to show good cause for failing to waive service, and warned that if they either failed to respond to the order or responded but failed to show good cause, the Court would impose upon them the costs incurred in effecting service. On July 3, 2006, defendants filed a response to the order to show cause.

In the response, events at High Desert State Prison and the Attorney General's Office are described and advanced as justification for the failure to waive service. However, consideration of these events by the Court requires that a factual showing be made. Arguments or contentions set forth in a responding brief do not constitute evidence. See Coverdell v. Dep't of Soc. & Health Servs., 834 F.2d 758, 762 (9th Cir. 1987) (recitation of unsworn facts not evidence). If defendants wish the Court to consider the information set forth in their response, the information must be supported by admissible evidence (e.g., declarations).

///

///

In light of the above, defendants have **thirty (30) days** from the date of service of this order within which to file an amended response to the Court's order to show cause.

IT IS SO ORDERED.

**Dated:     August 16, 2006**                         /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE