# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>L. T. LUNDY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-cv-05980-AWI-NEW (DLB) PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL COPY OF DEPOSITION TRANSCRIPT<br><br>(Doc. 55) |

Plaintiff Edward Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's third amended complaint, filed April 18, 2005, against defendants Lundy, Manning, and Cadena ("defendants") for using excessive physical force, in violation of the Eighth Amendment. On February 8, 2007, plaintiff filed a motion seeking to compel a copy of the transcript of his deposition, which plaintiff contends he is entitled to as part of discovery.

Plaintiff's position that the deposition transcript is subject to discovery is incorrect. The officer must furnish a copy of the deposition to plaintiff *upon payment of reasonable charges*. Fed. R. Civ. P. 30(f)(2) (emphasis added). There is no provision under the Federal Rules of Civil Procedure or the Local Rules for free copies of deposition transcripts. Further, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress, see Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted), and the in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by plaintiff in the instant motion.

Accordingly, plaintiff's motion to compel a copy of his deposition transcript, filed February 8, 2007, HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **March 21, 2007**              /s/ **Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE