# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES, | CASE NO. 1:03-cv-05980-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER DISCHARGING ORDER REQUIRING DEFENDANTS TO SERVE RESPONSE TO PLAINTIFF'S REQUEST FOR THE PRODUCTION OF DOCUMENTS, NUMBER 4 |
| v. | |
| L. T. LUNDY, et al., | |
| Defendants. | (Doc. 49) |

On January 25, 2007, the court issued an order granted in part and denying in part plaintiff's motion to compel filed on December 20, 2006. The order stated in relevant part:

> **POD 4:** Plaintiff seeks the use of force incident report dated March 3, 2003. Defendants object on the ground of confidentiality.
>
> Defendants may not avoid producing discoverable documents by tendering a vague objection that the document contains confidential information. See Soto v. City of Concord, 162 F.R.D. 603, 613 (N.D. Cal. 1995) (party asserting the official information privilege must properly invoke it by making a "substantial threshold showing") (quoting Kelly v. City of San Jose, 114 F.R.D. 653, 669 (N.D. Cal. 1987)). Plaintiff's motion to compel a response to this request is granted, and defendants shall produce the document within **thirty days**. If the document contains information relating to confidential informants, defendants may redact that information prior to producing it. *If the document contains any other information that defendants believe warrants redaction, defendants may submit the unredacted copy to the court for in camera review, accompanied by a description of which portions they believe should be subject to redaction and why.*

(Doc. 49, 2:18-3:2 (emphasis added).)

On February 20, 2007, defendants submitted redacted and unredacted copies of the documents they served on plaintiff in response to his request. The redactions made by defendants

///

1

1 are appropriate.  Accordingly, the court's order requiring defendants to serve a response to request
2 number 4 is HEREBY DISCHARGED.[1]

4      IT IS SO ORDERED.
5      Dated:   **March 21, 2007**              **/s/ Dennis L. Beck**
3b142a                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The documents will be returned to defendants' counsel by mail, with no copy kept by the court.

2