# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>L. T. LUNDY, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-05980-AWI-NEW (DLB) PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO FILE IN FOURTH AMENDED COMPLAINT, AND DIRECTING DEFENDANTS TO FILE AN ANSWER WITHIN THIRTY DAYS |

　　　　Plaintiff Edward Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2007, plaintiff submitted a proposed fourth amended complaint. Defendants filed an objection on January 30, 2007.

　　　　As defendants correctly point out, plaintiff failed to file a motion seeking leave to amend. However, the court has reviewed the proposed fourth amended complaint and the only change is the addition of a claim for damages for mental and emotional injury. Specifically, plaintiff added a fourth request for relief under section V, and added a new paragraph at the bottom of the supplemental page attached to the form complaint. These additions do not materially change the nature of this action and for that reason, the court will direct the Clerk's Office to file in the proposed fourth amended complaint. Defendants are to file an answer within thirty days. The filing of this complaint does not alter the scheduling order already in place, and plaintiff is warned that he may not again attempt to amend without filing a motion seeking leave to amend. Fed. R. Civ. P. 7(b), 15(a).

///

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office shall file in plaintiff's fourth amended complaint, lodged on January 22, 2007;

2. Within **thirty (30) days** from the date of service of this order, defendants shall file an answer to the fourth amended complaint; and

3. The scheduling order currently in place is unaffected by the filing of the fourth amended complaint.


IT IS SO ORDERED.

Dated:   **March 21, 2007**            /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

3b142a