# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>             Plaintiff,<br><br>     v.<br><br>L. T. LUNDY, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:03-cv-05980-NEW (DLB) PC<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE DENNIS L. BECK<br><br>(Docs. 66 and 67) |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983.  In light of the fact that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

    1.    This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

    2.    The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck, and

    3.    The new case number shall be 1:03-cv-05980-DLB PC.

IT IS SO ORDERED.

**Dated:   May 31, 2007**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE