# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>L. T. LUNDY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-cv-05980-DLB PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL FROM JUDGE O'NEILL'S CALENDAR TO JUDGE BECK'S CALENDAR<br><br>(Doc. 65)<br><br>ORDER DIRECTING CLERK'S OFFICE TO FAX A COPY OF THIS ORDER TO THE LITIGATION COORDINATOR AT HDSP |

      This matter is currently set for a telephonic trial confirmation hearing on September 20, 2007, at 9:00 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, and jury trial on October 9, 2007, at 9:00 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill. Due to the reassignment of this action to the undersigned, the telephonic trial confirmation hearing and jury trial are CONTINUED from the calendar of Judge O'Neill to the calendar of the undersigned, in Courtroom 9. The Clerk's Office SHALL serve a courtesy copy of this order by facsimile on the Litigation Coordinator at High Desert State Prison.

      Defendants' counsel shall initiate the telephonic hearing on September 20, 2007, at **(559) 499-5670**.

      IT IS SO ORDERED.

      Dated:   **August 2, 2007**               **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE