# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES, | 1:03-CV-05980 LJO-NEW (DLB)  PC |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| LUNDY et al., | [Doc. 71] |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis in a civil rights action pursuant to 42 U.S.C. section 1983. On August 14, 2007, defendants Cadena, Lundy, and Manning filed a motion for an extension of time to file a pre-trial statement requesting that the court order plaintiff to file a pre-trial statement.  Defendants further requested that they be given 28 days from the date of plaintiff's filing to respond. Defendants filed a pretrial statement on August 28, 2007. Accordingly, defendant's motion for an extension of time is moot and it is therefore denied.

IT IS SO ORDERED.

Dated:   **August 28, 2007**            /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE