UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>              Plaintiff,<br><br>      v.<br><br>LUNDY et al.,<br><br>              Defendant.<br>_____/ | 1:03-CV-05980 LJO-NEW (DLB)  PC<br><br>ORDER RE: PLAINTIFF'S MOTION TO DISMISS |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This case was set for trial on October 9, 2007. A telephonic trial confirmation was held on September 20, 2007. At that time, plaintiff stated that he no longer wished to pursue his case and that he had filed a motion to dismiss. The defendants were ordered to inform the court whether they would waive attorney fees. The court took the matter under submission and indicated that it would rule on the motion once the plaintiff's motion was filed. To date, the court has not received any motion from the plaintiff or any filing from the defendants. Accordingly, the court orders that plaintiff inform the court whether he intends to prosecute this case, or in the alternative, file a motion to dismiss within ten days from the date of this order. If plaintiff files a motion to dismiss, defendants shall file a response indicating whether fees will be waived within five dates from the date of plaintiff's filing.

IT IS SO ORDERED.

Dated:   **October 4, 2007**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE